AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Gina GIBEAUT-Morales<br>Juan Jose GARCIA-Cruz<br>Hector Hugo OLIVAS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 30, 2018** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 554, 371 | Did knowingly export or send from the U.S., or attempted to export or send from the U.S., ammunition and magazines, contrary to any law or regulation of the U.S., or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the U.S. The defendant conspired with other persons to commit an offense against and to defraud the U.S. to acquire and transport ammunition from the U.S. to Mexico in a manner contrary to law. |

This criminal complaint is based on these facts:

Please see attachment

☑ Continued on the attached sheet.

/s/ Amy Rodriguez
*Complainant's signature*

Complainant Amy Rodriguez
sworn and attested before me
on December 3, 2018,
at Laredo, Texas.

*(signature)* Diana Song Quiroga
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

I am a Special Agent (SA) of the United States with Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On November 30, 2018, Special Agents (SAs) with Homeland Security Investigations (HSI), initiated surveillance at a storage facility in Laredo, Texas. SAs observed two vehicles, a blue Ford Fusion with Texas license plates and a Chevrolet Suburban with Mexican license plates, arrive at location and load up multiple boxes and bags into the two vehicles. The two vehicles departed the location and were followed until they arrived at a McDonald's Restaurant in Laredo, Texas off Interstate Highway 35, near the United States / Mexico border and International Bridge No. 2.
2. While the two vehicles remained at the McDonald's parking lot, SAs observed a third vehicle, a Chrysler 200 with paper plates, arrive and park beside the other two vehicles. Soon after, the blue Ford Fusion departed and parked at a nearby gas station. Laredo Police Department (LPD) approached the vehicles simultaneously and identified the drivers.
3. Gina GIBEAUT-Morales, a United States Citizen and the driver of the Ford Fusion, granted consent to Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) SAs to search the vehicle. SAs discovered multiple boxes of loose ammunition in the truck of the car.
4. Juan Jose GARCIA-Cruz, a Mexican National and the driver of the Suburban, granted consent to HSI SAs, to search the Suburban. SAs discovered multiple boxes of loose ammunition, garbage bags with magazines, and a garbage bag with ballistic helmets inside the cargo area of the Suburban.
5. Hector Hugo OLIVAS, a United States Citizen and the driver of the Chrysler 200, granted consent to HSI SAs, to search the Chrysler 200. SAs did not discover anything and OLIVAS claimed to have been in the area to eat and did not know GARCIA-Cruz.
6. GIBEAUT, GARCIA-Cruz and OLIVAS were taken back to the office to be interviewed.
7. GIBEAUT was read her rights and waived her rights, agreeing to speak with SAs without a lawyer present. GIBEAUT stated she was being paid $500 to transport unknown items, to an unknown location. GIBEAUT was taking instructions from another individual and she knew what she was transporting was something bad. GIBEAUT admitted to this being the second time she had done something like this. The first time, GIBEAUT crossed into the United States from Mexico, and lent her car out for four hours. GIBEAUT was paid $100 for this.
8. GARCIA-Cruz was read his rights and waived his rights, agreeing to speak with SAs without a lawyer present. GARCIA-Cruz was told that he owed money to the Cartel and GARCIA-Cruz had to work to pay off the debt. GARCIA-Cruz stated he followed the Ford Fusion to the storage unit and helped other individuals load up boxes and bags into the cargo area of the Suburban. GARCIA-Cruz thought there were firearms in the garbage bags and all the items were going to Mexico. GARCIA-Cruz followed the Ford Fusion to the McDonald's and was told by OLIVAS, that they would cross once the bridge was clear.
9. OLIVAS was read his rights and invoked his rights. The interview concluded, and OLIVAS was brought back to a detention cell. When OLIVAS was told he was being

arrested, OLIVAS asked why. SAs advised OLIVAS it was because of what was found in the vehicles. OLIVAS asked what was found and SAs showed OLIVAS a picture of one of the boxes of ammunition. OLIVAS began to cry and stated he thought it was money.
10. SAs discovered approximately seven boxes of .223 caliber and 7.62-millimeter ammunition in GIBEAUT's vehicle. The total amount of ammunition discovered was over one thousand rounds. Approximately two more boxes of ammunition and seven garbage bags of magazines were removed from the Suburban. The total number of magazines discovered was over one hundred.
11. Ammunition and magazines are identified on the United States Munitions List and are illegal to export without a license.